UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LETICA CORP.,

    Plaintiff/Counter-Defendant,

v.                                          Case No. 07-CV-12617

DALTON ENTERPRISES, INC.,

    Defendant/Counter-Plaintiff.
_____/

**ORDER REGARDING SETTLEMENT CONFERENCE AND DISCOVERY**

On September 10, 2007, the court conducted a scheduling conference in the above-captioned matter. During the conference, the parties informed the court of their desire to amicably settle the case. The parties agreed that a settlement conference was the preferred next step. An order of reference, referring this matter to Magistrate Judge Morgan for a settlement conference, will be separately issued. Accordingly,

IT IS ORDERED that, in the event that the parties are unable to resolve their dispute via the settlement conference, discovery will commence on **October 25, 2007**.[1] Should the parties fail to settle their claims by **October 25, 2007**, the court will enter a scheduling order detailing a 150-day discovery track. In the interim, the parties are

---

[1] It is the court's understanding that, should the parties wish to pursue depositions, the parties are amenable to scheduling depositions now, so long as the depositions do not occur until after October 24, 2007.

encouraged to continue meaningfully working toward an amicable resolution to their claims.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 13, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 13, 2007, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522